USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN H. SHEN-SAMPAS,

                Plaintiff,

      -against-

PETER S. KLEIN,

                Defendant.

25-CV-01870 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

John H. Shen-Sampas, proceeding *pro se*, filed the instant suit on March 6, 2025. Dkt. No. 1. In the Complaint, Plaintiff asserts claims of defamation against Defendant and seeks a total of $20 million in compensatory damages and $10 million in punitive damages. *Id*. Federal jurisdiction in this Court is asserted based on the Parties' diversity of citizenship. *Id*. at 2. However, it is clear from the Complaint that venue is not proper in this judicial district.

A civil action may be brought in "a judicial district in which any defendant resides" or "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated." 28 U.S.C. § 1391(b)(1)-(2). "[I]f there is no district in which an action may otherwise be brought," a civil action may be brought in "any judicial district in which any defendant is subject to the court's personal jurisdiction." 28 U.S.C. § 1391(b)(3).

The Court notes that, according to the Complaint, Defendant is located in Philadelphia, PA, which is in the Eastern District of Pennsylvania. Dkt. No. 1 at 5. There is no suggestion in the record that any substantial part (or any) of the events giving rise to Plaintiff's claim occurred in the Southern District of New York. *See* 28 U.S.C. § 1391(b). Moreover, Plaintiff specifically alleges that the events that are the bases for his claims occurred in Philadelphia, PA and he invokes Pennsylvania law. *See* Dkt. No. 1 at 5, 6.

Courts are permitted to transfer a civil action to any other district "where it might have been brought," for the "convenience of parties and witnesses, and in the interest of justice[.]" 28 U.S.C. § 1404(a). In this case, the facts asserted by Plaintiff show that the case "might have been brought" in the Eastern District of Pennsylvania. **Therefore, the Clerk of Court is respectfully directed to TRANSFER this case to the Eastern District of Pennsylvania**.

Dated: March 20, 2025
     New York, New York

                          SO ORDERED.

                          MARGARET M. GARNETT
                          United States District Judge